# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10645
_____

SAUL ENRIQUE CASTILLO-CASANOVA,
YANEXI ARENCIBIA-BORGES,
ALESSANDRO CASTILLO-ARENCIBIA,

                              *Petitioners,*

versus

U.S. ATTORNEY GENERAL,

                              *Respondent.*

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A220-371-590
_____

_____

No. 23-13664
_____

IRELA LABRADA-HECHAVARRIA,
GABRIELA PEREZ-LABRADA,

                              *Petitioners,*

| | | |
|---|---|---|
| 2 | Order of the Court | 24-10645 |

*versus*

U.S. ATTORNEY GENERAL,

                                                                              *Respondent.*

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A220-284-514

_____

ORDER:

       Motion of the American Civil Liberties Union, ACLU of Florida and Northwest Immigrant Rights Project leave to file brief of Amici Curiae is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION