# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13664

_____

IRELA LABRADA-HECHAVARRIA,
GABRIELA PEREZ-LABRADA,

*Petitioners,*

*versus*

U.S. ATTORNEY GENERAL,

*Respondent.*

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A220-284-514

_____

_____

No. 24-10645

_____

SAUL ENRIQUE CASTILLO-CASANOVA,
YANEXI ARENCIBIA-BORGES,
ALESSANDRO CASTILLO-ARENCIBIA,

2                        Order of the Court                        23-13664

*Petitioners,*

*versus*

U.S. ATTORNEY GENERAL,

*Respondent.*

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A220-371-590
_____

Before JORDAN and MARCUS, Circuit Judges, and JONES,⋆ District
Judge.

PER CURIAM:

The Petition for Panel Rehearing filed by the Petitioners is
DENIED.

⋆The Honorable Steve C. Jones, United States District Judge for the
Northern District of Georgia, sitting by designation.